UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC.,<br><br>                Plaintiff<br><br>     -against-<br><br>WILD SKY MEDIA CO., LTD.,<br><br>                Defendant. | 19 Civ. 10396 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter of December 14, 2020 (dkt. no. 39) opposing Defendant's proposed motion. Defendant shall file any reply no later than December 16, 2020.

**SO ORDERED.**

Dated:    New York, New York
            December 15, 2020

                                    _/s/ Loretta A. Preska_
                                    LORETTA A. PRESKA
                                    Senior United States District Judge