UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CREATIVE PHOTOGRAPHERS, INC., | |
|---|---|
| Plaintiff | |
| -against- | 19 Civ. 10396 (LAP) |
| WILD SKY MEDIA CO., LTD., | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    Pursuant to the parties' stipulation (dkt. no. 46) made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that Plaintiff's Complaint against Defendant shall be dismissed with prejudice and Defendant's third-party Complaint against ENTtech Media Group LLC shall be dismissed with prejudice.

    The Clerk of Court shall mark this action closed and deny all pending motions as moot.

**SO ORDERED.**

Dated:    New York, New York
            January 21, 2021

                                       */s/ Loretta A. Preska*
                                       LORETTA A. PRESKA
                                       Senior United States District Judge